IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00172–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.    BREVELLE CROCKETT,

    Defendant.

---

## **MINUTE ORDER**
---

EDWARD W. NOTTINGHAM, Chief Judge
Nel Steffens, Deputy Clerk

The Motion to Excuse Appearance (#1143, filed June 17, 2008) is GRANTED. The appearances of Brevelle Crockett and his counsel are excused from the Motions Hearing scheduled for June 18, 2008, at 1:30 PM.

Dated: June 17, 2008