IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                              Date: June 18, 2008
Therese Lindblom, Court Reporter
Melinda Gonzalez-Hibner and Ellen Klaver, Interpreters

Criminal Action No. 07–cr–00172–EWN

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Guy Till, Gregory Rhodes, and Michele
                                                        Korver

      Plaintiff,

v.

8.     EDGAR DIAZ-CALDERON,                       Harvey Steinberg
11.    DANIEL HARRIS,                             Daniel Sears
          a/k/a "PT," and
21.    EDGAR MUNOZ-GOMEZ,                         Paula Ray

      Defendants.

---

## COURTROOM MINUTES

---

**Motions Hearing**

**1:33 p.m.**     Court in session.

Court calls case and appearances.  Defendant Daniel Harris' appearance has been excused.
Duane Montano appears for Defendant Rudy Trujillo, whose appearance has been excused, and
asks that he also be excused from this hearing.  The court so grants.

Interpreters sworn; parties stipulate as to interpreters' qualifications.

Discussion regarding Ms. Ray's motions deadline of July 14, 2008.

Discussion regarding trial date.

Discussion regarding possibility of trial. Mr. Sears and Mr. Steinberg confirm that they have not reached a disposition as to their clients.

Discussion regarding disposition as to Defendant Kenny Harris.

**ORDERED: 1.** **Motion for Dismissal as to Kenny Harris shall be filed within the next few days.**

**ORDERED: 2.** **Defendant Brevelle Crockett's Motion for Disclosure of Confindential [sic] Information (#1102, filed June 4, 2008) is DENIED as moot.**

**ORDERED: 3.** **Defendant Brevelle Crockett's Motion to Sever (#1110, filed June 7, 2008) is DENIED as moot.**

**ORDERED: 4.** **Defendant Brevelle Crockett's Motion to Suppress Illegally Obtained Evidence (#1111, filed June 7, 2008) is DENIED as moot.**

**ORDERED: 5.** **Defendant Brevelle Crockett's Motion for Disclosure of Confindential [sic] Information (#1112, filed June 7, 2008) is DENIED as moot.**

**ORDERED: 6.** **Defendant Gregorio Casillas' Motion to Sever Defendant (#1104, filed June 5, 2008) is DENIED as moot.**

**ORDERED: 7.** **Defendant Gregorio Casillas' Motion for Evidentiary Hearing Regarding Admissibility of Co-Conspirator Hearsay Statements (#1105, filed June 5, 2008) is DENIED as moot.**

**ORDERED: 8.** **Defendant Gregorio Casillas' Motion for Government to Provide Notice of Rule 404(B) Evidence (#1107, filed June 5, 2008) is DENIED as moot.**

Argument by Mr. Sears regarding pending motions as to Defendant Daniel Harris.

**ORDERED: 9.** **Defendant Daniel Harris' Motion for Disclosure of Party Admissions and Declarations of Co-Conspirators, and for *James* Hearing (#316, filed June 27, 2007) is GRANTED in part and DENIED in part as stated on the record.**

**ORDERED: 10.** **Defendant Daniel Harris' Motion for Disclosure of Grand Jury Material and to Dismiss Count One (Lack of Probable Cause and Violation of Period of Limitations) (#683, filed June 27, 2008) is DENIED without prejudice to renewal at trial.**

**ORDERED: 11.** **Defendant Daniel Harris' Supplement to Motion to Dismiss Count One (Duplicity), and Renewed Request for *James* Hearing (#1088, filed May 29, 2008) is DENIED.**

**ORDERED: 12.** **Defendant Harris' Motion for Disclosure and Relief from Prejudicial Joinder Pursuant to F. R. Crim. P Rule 14 (#1098, filed June 4, 2008) is DENIED.**

Further discussion regarding trial date. Trial will remain scheduled to commence on October 6, 2008.

**1:55 p.m.** Court in recess.

Hearing concluded.

Total time: 00:22