**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02612-CMA
(Criminal Action No. 07-cr-00172-CMA-6)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BREVELLE CROCKETT,

    Defendant/Movant.

---

**ORDER GOVERNMENT RESPONSE**

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney, **on or before November 2, 2011**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this   19th   day of October at Denver, Colorado.

                                              BY THE COURT:

                                              *[signature]*

                                              CHRISTINE M. ARGUELLO
                                              United States District Judge