IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02612-CMA
(Criminal Action No. 07-cr-00172-CMA-6)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BREVELLE CROCKETT,

      Defendant/Movant.

___

**JUDGMENT**
___

Pursuant to and in accordance with the Order Denying Movant's § 2255 Motion entered by the Honorable Christine M. Arguello (ECF No. 1700) on Dec. 31, 2013, the following Judgment is hereby entered:

1. The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 1636), filed Oct. 6, 2012, is DENIED; and

2. Pursuant to 28 U.S.C. § 2253(c), no certificate of appealability will issue.

3. The corresponding civil action is dismissed.

Dated at Denver, Colorado this ___7th___ day of January, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: __s/ Edward P. Butler__
                      Edward P. Butler, Deputy Clerk